In the Matter of RICHARD W. WHITE, JR., Respondent, v AMANDA WILCOX, Respondent. TERESA M. PARÉ, ESQ., Attorney for the Child, Appellant. (And Other Proceedings.)

Submitted December 9, 2013; decided January 21, 2014

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from that portion of Family Court's order that dismissed the petition for a violation of a prior custody and visitation order, dismissed upon the ground that such portion of the order does not finally determine that proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.